**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : CHAPTER 13
  Ana M. Ramos :
                                               :
                                               :
                                               : BANKRUPTCY NO.  19-11714ELF
                Debtor (s)

**P R A E C I P E**

Please note the 341 Meeting of Creditors will be continued on June 3, 2019 at 12:00pm and not on June 5, 2019 12:00pm.

                                                                              Respectfully submitted,

Date: May 31, 2019                                 /s/William C. Miller, Esquire
                                                                       William C. Miller, Esquire
                                                                       Chapter 13 Standing Trustee
                                                                       P.O. Box 1229
                                                                       Philadelphia, PA  19105